IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02540-WYD-MEH

WALTER DANIEL FLYE, III,

    Plaintiff,

v.

ELIZABETH SCHOOL DISTRICT C-1,

    Defendant.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 22, 2008.**

    For good cause shown, the Stipulated Motion to Modify Case Management Deadlines set by the March 12, 2008 Scheduling Order [filed August 21, 2008; docket #30] is **granted**. The Scheduling Order in this matter shall be amended as follows:

| | |
|---|---|
| Plaintiff's expert designation: | September 2, 2008 |
| Defendant's expert designation: | October 2, 2008 |
| Rebuttal expert designation: | October 17, 2008 |
| Discovery cutoff: | November 17, 2008 |
| Dispositive motions due: | December 17, 2008 |

All other deadlines and conference dates shall remain the same. Any further requests for extension of time will be granted only upon a showing of good cause.

    In light of this order, Defendant's Motion for Extension of Time to Submit Expert's Final Report [filed August 8, 2008; docket # 24] and Plaintiff's "Stipulated" (unopposed) Motion for Extension of Time for Plaintiff to Respond and Object to Defendant's Motion for Extension of Time to File Renfro Final Report [filed August 20, 2008; doc #26] are **denied as moot**.