IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02540-WYD-MEH

WALTER DANIEL FLYE, III,

    Plaintiff,

v.

ELIZABETH SCHOOL DISTRICT C-1,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 28, 2008.**

    Plaintiff's "Stipulated" [unopposed] Motion for an Order to File Proposed Final Pretrial Order on Wednesday, December 3, 2008, in Lieu of Monday, December 1, 2008 [filed November 26, 2008; docket #38] is **granted**.