IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02540-WYD-MEH

WALTER DANIEL FLYE, III,

    Plaintiff,

v.

ELIZABETH SCHOOL DISTRICT C-1,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation for Dismissal With Prejudice is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorney's fees and costs.

    Dated: December 23, 2008

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge